IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

ROSS R. THILL,

                Petitioner-Appellant,

v.                                     Case No. 18-CV-1005-jdp

REED RICHARDSON,

                Respondent-Appellee.

## NOTICE OF APPEAL

Ross R. Thill, through his undersigned attorney, hereby gives notice pursuant to FED. R. APP. P. 3(c) and 4(a) that he appeals the order and judgment denying his petition for a writ of habeas corpus entered on September 10, 2020, in the United States District Court for the Western District of Wisconsin, the Honorable James D. Peterson, presiding. Mr. Thill takes this appeal to the United States Court of Appeals for the Seventh Circuit.

With this notice of appeal, Mr. Thill also files a combined docketing and disclosure statement required by CIRCUIT RULE 3 (7th Cir.) and CIRCUIT RULE 26.1, as well as a motion to proceed *in forma pauperis*. FED. R. APP. P. 24(a)(1).

Dated this 13th day of October, 2020.

        Respectfully submitted,
        Ross R. Thill, by his attorney

        /s/ Thomas B. Aquino
        THOMAS B. AQUINO
        Assistant State Public Defender
        Office of the State Public Defender
        Post Office Box 7862
        Madison, WI  53707-7862
        (608) 266-1971
        aquinot@opd.wi.gov

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing to be served via the Court's CM/ECF system to Assistant Attorney General Abigail C. Potts this 13th day of October, 2020.

        */s/ Thomas B. Aquino*
        Thomas B. Aquino